■ ORAZIO C. DICESARE, Respondent, v JANICE GLASGOW, Appellant. (Appeal No. 1.) [743 NYS2d 370] —Appeal from that part of an order of Supreme Court, Erie County (Joslin, J.), entered March 28, 2001, that, in view of the denial of plaintiff's motion to set aside the jury verdict, did not reach defendant's cross motion.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Green, Scudder, Burns and Gorski, JJ.